UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLMES WEDDLE & BARCOTT P.C., et al.,<br><br>　　　　　Defendants. | CASE NO. C13-0926JLR<br><br>ORDER CLARIFYING PREVIOUS ORDER AND DENYING MOTION FOR RECONSIDERATION |

Before the court is Plaintiff Federal Insurance Company's ("Federal") motion for reconsideration. (Mot. (Dkt. # 39).) In a prior order ruling on a motion to stay, the court ordered summary judgment briefing on a narrow subclass of issues raised in Federal's pending motion for summary judgment. (11/14/13 Order (Dkt. # 38).) Federal now asks the court to clarify whether Federal may brief other issues raised in its summary judgment motion as well, particularly its "Prior Proceeding Exclusion" issue. (Mot. at 3-4.) The answer is no. The court's order clearly states which issues are to be briefed, the

ORDER- 1

implication being that the court does not expect to receive briefing on the other issues. *Cf. Silvers v. Sony Pictures Ent., Inc.*, 402 F.3d 881, 885 (9th Cir. 2005) (explaining the principle of *expressio unius est exclusio alterius* in the context of statutory construction).

Federal also asks the court to reconsider its prior ruling and allow briefing on the "Prior Proceedings Exclusion" issue. Pursuant to Local Rule LCR 7(h)(1), motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a) manifest error in the prior ruling or (b) new facts or legal authority which could not have been brought to the attention of the court earlier with reasonable diligence. *See* Local Rules W.D. Wash. LCR 7(h)(1). Federal has not demonstrated manifest error in the court's prior ruling. The court carefully considered this issue in its previous ruling and concluded that forcing Defendant Holmes Weddle & Barcott P.C. ("Holmes Weddle") to respond to the "Prior Proceeding Exclusion" issue had the potential to prejudice Holmes Weddle. (*See* 11/14/13 Order at 5-6.) Federal has not made any argument or produced any authority that this conclusion was manifestly in error. (*See* Mot.) Accordingly, the court DENIES Federal's motion for reconsideration (Dkt. # 39).

Dated this 20th day of November, 2013.

JAMES L. ROBART
United States District Judge

ORDER- 2